# UNITED STATES DISTRICT COURT
## District of Minnesota

***RESPOND TO:***

|   | Warren E. Burger Federal Building and U.S. Courthouse<br>316 N. Robert St., Suite 100, St. Paul, MN  55101 | Phone (651) 848-1100 |
|---|---|---|
| **X** | **U. S. Courthouse, 300 S. Fourth St., Suite 202, Minneapolis, MN  55415** | Phone (612) 664-5000 |
|   | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 W. First St., Suite 417, Duluth, MN  55802 | Phone (218) 529-3500 |
|   | U. S. Courthouse, 118 South Mill St., Suite 212, Fergus Falls, MN  56537 | Phone (218) 739-5758 |

| DATE: | July 24, 2014 | CIVIL FILE NUMBER: | 14-cv-02948-DSD-JJG |
|---|---|---|---|

**CASE TITLE:**   Wong v. Clairview Holdings LLC et al

|   |   |
|---|---|
|   | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). |
|   | Your original documents are returned.  Copies of state court documents were submitted upon removal of the action to federal court. |
|   | A certified copy of the Order of Remand is enclosed.  Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope.  Our records indicate your State Court case number is _____ |
|   | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on _____   A certified copy of the order and the docket entries are included, along with the original court file.  Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
|   | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed on _____   A certified copy of the order and the docket sheet are included.  You can obtain the original record by accessing CM/ECF through PACER.  Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| **X** | **Your In Forma Pauperis application was approved.**<br>**Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form.**<br>**Service cannot be performed until these completed forms have been received by the Clerk's Office.** |
|   | OTHER: |

Deputy Clerk:  s/L. Brennan

L. Brennan